

# NUMBERS 13-09-00402-CV
## 13-09-00678-CV
## 13-09-00679-CV
## 13-10-00091-CV
## 13-10-00092-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**DEAN CORY ROBLIN,**                                                    **Appellant,**

**v.**

**DEBORAH SUSAN BRIGGS,**                                                **Appellee.**

---

## On Appeal from the County Court at Law No. 1
## of Montgomery County, Texas.

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

Appellant, Dean Cory Roblin, in appellate cause numbers, 13-09-00402-CV, 13-09-00678-CV, 13-09-00679-CV, 13-10-00091-CV, and 13-10-00092-CV, appealed a

judgment entered by the County Court at Law No. 1 of Montgomery, County. In all five causes, Roblin filed an affidavit of indigence with this Court. However, on October 28, 2010, in *Roblin v. Briggs*, No. 13-09-00475-CV, 2010 Tex. App. LEXIS 8655, at *12 (Tex.–Corpus Christi Oct. 28, 2010, no pet.) (mem. op.), this Court concluded that Roblin had not met his burden of showing that he was indigent; and therefore Roblin was not entitled to a free record.

On May 16, 2011, the Clerk of this Court notified Roblin, in accordance with Texas Rules of Appellate Procedure 42.3(c), that we would dismiss his appeals unless the $175.00 filing fees were paid. *See* TEX. R. APP. P. 42.3(c). Roblin responded to the notice from the Clerk; however, he has not cured the defect by paying the $175.00 filing fee in each cause. *See id* 5, 12.1(b).

The Court, having considered the documents on file and Roblin's failure to pay the filing fee, is of the opinion that the appeals should be dismissed. *See id.* 42.3(b), (c). Accordingly, the appeals in cause numbers 13-09-00402-CV, 13-09-00678-CV, 13-09-00679-CV, 13-10-00091-CV, and 13-10-00092-CV are dismissed for want of prosecution.

PER CURIAM

Delivered and filed the
9th day of June, 2011.

2